UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:03CR161 |
|---|---|---|
| vs. | ) | **ORDER FOR DISMISSAL** |
| **(1) HORACIO JAIME-ARTEAGA** | ) | |
| **(4) JUAN CARLOS ESPINOZA-GARCIA)** | | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **(1) HORACIO JAIME-ARTEAGA and (4) JUAN CARLOS ESPINOZA-GARCIA** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: July 28, 2011

Richard L. Voorhees
United States District Judge